**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Elizabeth Karlson

Plaintiff,

v.

Case No.: 1:26−cv−11605
Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to Judge LaShonda A. Hunt. All attorneys and self−represented ("pro se") parties are required to review the case procedures posted on the Court's webpage, including the requirement to set motions for in−person presentment on at least 3 business days' notice and propose an agreed briefing schedule for opposed motions. Filings that do not comply with the Local Rules or Judge Hunt's case procedures may be summarily stricken. Upon review of Plaintiff's copyright infringement complaint and other filings, the Court questions whether Plaintiff has adequately alleged that the Court has personal jurisdiction over Defendant YangHeng. To adequately plead personal jurisdiction, Plaintiff must sufficiently allege that Defendant actually sold the allegedly infringing product to a customer in Illinois. *See Liu v. Monthly*, 170 F.4th 1090, 1093−94 (7th Cir. 2026) (citing *Curry v. Revolution Lab'ys, LLC*, 949 F.3d 385, 400 (7th Cir. 2020)). Plaintiff's complaint alleges sales in this district, but those allegations are conclusory and Plaintiff did not provide proof of any actual sales. *See id.* (remanding with instructions to dismiss for lack of personal jurisdiction because plaintiff had not provided screenshot evidence of actual sales in Illinois). Accordingly, Plaintiff has not sufficiently alleged that the Court has personal jurisdiction over Defendant and must file proof of actual sales in Illinois by 10/1/26. Failure to do so will result in the complaint being dismissed without prejudice and this case being closed. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.