Exhibit 3

Search everything at Walmart online and in store

Reorder **My Items** Hi, O O **Account** 0 $0.00

**Departments** **Services**

My account / Purchase history / **Order details**

# Hi, O

**Account**

**Home**
Purchase history
Walmart+
My savings
Walmart Cash
Messages **(1 New)**

**My items**
Reorder
Lists
Subscriptions
Registry
Protection plans

**My profile**
Reviews 2 items to review
Pets
Vehicles
Recipes
Giving & impact

**Other Accounts**
Pharmacy
Photo

**Settings**

**Sign Out**

## May 10, 2026 order | Order# 2000148-07176419

Print invoice

Freight shipping
**Arrives between Mon, May 18 - Thu, May 21**

Sold and shipped by YangHeng

Placed — Preparing — On the way — Delivered

**1 item**



QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V... **$7.77**
Actual Color: Blue
Clothing Size: L
Qty 1

Contact seller to ask about your order

**Need to make a change?**
You won't be able to make changes when your shipment starts being prepared.

Edit payment method
Contact seller
Change delivery address
Cancel delivery
Need more help? Visit our help center.

Freight shipping

**Address**
[redacted]
1111 West 35th Street, 15th floor,
Chicago, IL 60609

**Delivery instructions**
Apartment, special code 1126
We'll leave your order at the door

**Payment method**
VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$7.77** |
| Shipping | $6.44 |
| Tax | $1.46 |
| **Total** | **$15.67** |

**Charge history**
Your transaction activity for this order

Order# 2000148-07176419

Cancel order