**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Elizabeth Karlson
Plaintiff,
v.
YangHeng, et al.
Defendant.

Case No.: 1:26−cv−11605
Honorable LaShonda A. Hunt

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Plaintiff's amended complaint [14], the Court finds the evidence Plaintiff submitted in support of personal jurisdiction unclear. Plaintiff submitted a screenshot from Walmart.com showing that Defendant sold a shirt to a customer in Illinois [14−1], but the screenshot does not make clear what shirt Plaintiff ordered, and thus, whether it was the alleged infringing product. The representative image for the shirt in the screenshot consists of images of several different shirts, and the only discernable shirt is not the alleged infringing product. By 10/13/26, Plaintiff must submit a memorandum or additional evidence resolving this issue or else the complaint will be dismissed without prejudice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.