Exhibit A

Pickup or delivery?
2011 NEVADA BLVD 13TH FLOOR • Charl...
Search everything at Walmart online and in store
Reorder My Items | Hi, O O Account | 0 $0.00

Departments | Services | Rollbacks & More | Get it Fast | Easter | Pharmacy | New Arrivals | Patio & Garden | Dinner Made Easy | My Items | Only at Walmart | Credit Card | Walmart+





QATAINLAV

**QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V Neck Henley Shirts Trendy Gradient Print Short Sleeve Tees Ofertas en Walmart Dark Blue L**

(No ratings yet)

Color: Blue

$13.00 | $7.77

Clothing Size: L Size guide

Item Runs True to size

L

**Key item features**

- Women's Summer Casual Puff Short Sleeve T-Shirts Square Neck Pleated Flowy Trendy Tunic Tops for Leggings Plus Size Tops for Womens Summer Short Sleeve Shirts Casual V Neck Tunic Asymmetrical Blouses Womens Plus Size Tops Button Up Tunic Tops Floral Pleated Casual short sleeve Henley Shirts Womens Tops Short Sleeve Summer T-Shirts Curved Hem Casual Fashion Shirts
- Women's Floral Printed Short Sleeve Henley V Neck T-Shirt Pleated Casual Flowy Tunic Blouse Tops Womens Plus Size Tops Summer Short Sleeve V Neck Dressy Tunic Shirts Womens Summer Tops V Neck Short Sleeve Casual Shirt Flowy Tunic Blouse Women's Casual V Neck Twist Knot T Shirts Short Sleeve Loose Tunic Tops Blouse Shirt Women's short sleeve Plaid Shirts Zip Floral Casual Tunic Blouse Tops
- Short Sleeve T Shirts Casual V Neck Blouses Cute Loose Fit Tunic Womens Casual Short Sleeve Tunic Tops Scoop Neck T Shirts Summer Loose Fit Tunics Women's Plus Size Casual Tunic Tops Floral Blouses Short Sleeve Henley T Shirts for Women Casual short sleeve Henley V-Neck Shirt Loose Fit Pleated Tunic Blouse Tops Womens Summer Plus...

View all item details

**$7.77**

Price when purchased online

Earn up to **5% cash back** with OnePay CashRewards. Learn how

Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Apr 2 $6.44 | Not available | Not available |

Ships to Charlotte, 28273

Arrives by **Thu, Apr 2** | More options

Shipping fee $6.44

Sold and shipped by YangHeng

(3.3) 37 seller reviews

Report an issue with this seller

**Free 30-day returns** Details

Add to list | Add to registry

## Popular items in this category

Best selling items that customers love

Best seller



Sponsored
$36.99
More options from $28.99
PRETTYGARDEN Womens Summer Lace Tops Short Puff Sleeve Casual Dressy Blouses Eyelet Crew Neck...
210
Shipping, arrives **in 3+ days**

Best seller



Sponsored
Now $11.29 ~~$22.68~~
You save $11.39
Options from $11.29 – $12.99
Fantaslook V Neck Henley Blouses for Women Dressy Casual Tops Summer Short Sleeve Shirts Fashion Clothes
131
Shipping, arrives **in 3+ days**



$21.27
More options from $19.97
Women Button Down Denim Shirts Casual Long Sleeve V Neck Chambray Blouse Top Dark Blue L
6
Shipping, arrives **in 3+ days**

Reduced price



$13.55
Options from $13.55 – $14.77
SHIBEVER T Shirts for Women Tops Summer Casual Short Sleeve Tunic Tops for Women Loose Color Block T...
827
Save with W+
Shipping, arrives **tomorrow**

## About this item

Product details

Specifications

**Top style**
Blouse

**Pattern**
Gradient Print

**Clothing neck style**
V-Neck

**Sleeve length style**
Short Sleeve

More details

Directions

Warranty

Warnings

## Similar items you might like

Based on what customers bought

Best seller



$12.98
Options from $12.98 – $20.99

Best seller



Sponsored
Now $14.99 ~~$26.58~~

Best seller



$10.99
More options from $4.99

Clearance



$12.38 +$3.90 shipping
More options from $12.08

SHIBEVER V Neck Tops for Women Summer Shirts Casual Short Sleeve T Shirts Fashion Dolman Side Shirring...
230
Save with W+
Shipping, arrives **tomorrow**

You save $11.59
Fantaslook Long Sleeve Shirts for Women Fall Dressy Casual Blouses Fashion Pleated Tunic Tops
2556
Save with W+
Shipping, arrives **tomorrow**

AherBiu Winter Tops for Women Turtleneck Long Sleeve Knitted Cotton Blouse Pullover Basic T Shirts
573
Save with W+
Shipping, arrives **tomorrow**

tklpehg Dressy Tops for Women Lace Slim Fit Blouse Round Neck Solid Color Womens Long Sleeve Tops Casual...
160
Shipping, arrives **in 3+ days**

Report incorrect product information

## Recently viewed items

Based on your most recent browse history



$13.00 +$2.99 shipping
More options from $7.77
QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V Neck Henley Shirts...
Shipping, arrives **in 3+ days**



$19.99
Retro Kitchenware Canvas Art Fork, Knife, Spoon Prints for Kitchen, Dining Room Decor (12x16 Inch)
Shipping, arrives **in 3+ days**




$68.69
JERFIT Modern Farmhouse Framed Print Wall Art, "Fresh from the Farm" by Pam Britton, Multicolor Ready to Han...
Shipping, arrives **in 3+ days**




$22.88
Bathroom Decor Wall Art Navy Blue Pictures Funny Rustic Farmhouse Signs Please Seat Yourself Canvas...
Shipping, arrives **in 3+ days**

## Customer ratings & reviews

0 ratings | 0 reviews

**This item does not have any reviews yet**

**OnePay CashRewards Card** Earn unlimited 3% cash back at Walmart and 1.5% back on all other purchases Learn More

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply. Join OnePay Cash

## Related pages

Women The Verge
La Weekend
Women's Basic Tops
The Get Womens Shop All
First Women Artist
Natalia Top
Womens Savings Tops & T-Shirts
PrettyGarden Tops
Blackberry Neck
Women S Distressed Shirts
Love Sadie
White Stag

Clothing / Womens Clothing / Womens Tops / Womens Blouses / Womens Blouses

We'd love to hear what you think!

Give feedback

All Departments Store Directory Careers Our Company Sell on Walmart.com Help Product Recalls Accessibility Tax Exempt Program Get the Walmart App Safety Data Sheet
Terms of Use Privacy Notice California Supply Chain Act Your Privacy Choices Customer Privacy Center Notice at Collection AdChoices Consumer Health Data Privacy Notices
Brand Shop Directory Pharmacy Walmart Business #IYWYK Delete Account

© 2026 Walmart. The trademarks Walmart and the Walmart Spark design are registered with the US Patent and Trademark Office. All Rights Reserved.





# YangHeng

No. 110, Fuhua Road, Funan Community, Futian Street, Futian District, Shenzhen City
Shenzhen, GD 518033, CN

Contact business | (+86) 13713950356

## Seller Reviews

View all

3.3 out of 5

37 reviews

## About the seller

View more

Business Name: Shenzhen Yanghengming Trading Co., Ltd.

Report an issue with this seller

### About YangHeng

This seller may also engage in manufacturing, importing or reselling consumer products.

Shenzhen Yanghengming Trading Co., Ltd.
No. 110, Fuhua Road, Funan Community, Futian Street, Futian District, Shenzhen City, Shenzhen, GD 518033

Contact business | (+86) 13713950356

Close

Featured Shop all

## Seller reviews

3.3 out of 5

37 ratings | 5 reviews

| | |
|---|---|
| 5 stars | 49% (18) |
| 4 stars | 5% (2) |
| 3 stars | 8% (3) |
| 2 stars | 5% (2) |
| 1 star | 32% (12) |

How seller rating is calculated

**Showing 1 - 5 of 5 reviews**

Jan 17, 2026

**Walmart customer**

The item was well made but the material was pj like

**Item bought:**
QATAINLAV Women's Business Casual Blazer Button Open Front Office Work Suit Jackets Long Sleeve Notched Lapel Blazers, Coffee, XL

Aug 30, 2025

**Walmart customer**

Sizes are NOT correctly measured. Ordered a Men's Big %26 Tall 6X, item barely fits a Men Medium - Large.

**Item bought:**
QATAINLAV Mens Big and Tall Blazer Jackets for Wedding Party Banquet Slim Fit 1 Button Formal Coat Fashion Paisley Jacquard Suits Ofertas en Walmart Gold XXL

Jul 24, 2025

**Walmart customer**

## 1. Shipping, arrives by Tue, Mar 31

[redacted]
Edit
111 Jackson Blvd, CHICAGO IL 60604-3589, Chicago, IL 60604

**Delivery instructions**

**Gate codes or other useful information**
Edit
House

**Items details**
Hide details
**Arrives by Tue, Mar 31**
1 item

Sold and shipped by YangHeng
$6.44 seller shipping fee



QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V Neck Henley...
Actual Color: Blue, Clothing Size: L

**$7.77**

Remove − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $7.77 |
| Seller shipping | $6.44 |
| Estimated taxes | $1.46 |
| **Estimated total** | **$15.67** |

Have a promo code?

## 2. Payment method

Pay with card

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**OnePay**

CashRewards Card Earn **$0.47** cash back (3%) on this order
Learn how

Unlimited cash back with OnePay CashRewards Card. Plus, see how to earn a $35 welcome bonus.

One or more items in your cart are not eligible for OnePay Later.

Search everything at Walmart online and in store

Reorder **My Items** Hi, O O **Account** 0 $0.00

**Departments** **Services**

My account / Purchase history / **Order details**

# Hi, O

**Account**

- **Home**
- Purchase history
- Walmart+
- My savings
- Walmart Cash
- Messages **(1 New)**

**My items**

- Reorder
- Lists
- Subscriptions
- Registry
- Protection plans

**My profile**

- Reviews 2 items to review
- Pets
- Vehicles
- Recipes
- Giving & impact

**Other Accounts**

- Pharmacy
- Photo

**Settings**

**Sign Out**

## May 10, 2026 order | Order# 2000148-07176419

Print invoice

Freight shipping

**Arrives between Mon, May 18 - Thu, May 21**

Sold and shipped by YangHeng

Placed — Preparing — On the way — Delivered

**1 item**



QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V... **$7.77**

Actual Color: Blue

Clothing Size: L

Qty 1

Contact seller to ask about your order

**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

- Edit payment method
- Contact seller
- Change delivery address
- Cancel delivery
- Need more help? Visit our help center.

Freight shipping

**Address**

[redacted]

1111 West 35th Street, 15th floor,
Chicago, IL 60609

**Delivery instructions**

Apartment, special code 1126

We'll leave your order at the door

**Payment method**

VISA Ending in [redacted]

| | |
|---|---|
| **Subtotal** | **$7.77** |
| Shipping | $6.44 |
| Tax | $1.46 |
| **Total** | **$15.67** |

**Charge history**

Your transaction activity for this order

Order# 2000148-07176419

Cancel order

Arrived: Your QATAINLAV Womens Summe... Inbox

**QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V Neck Henley Shirts Trendy Gradient Print Short Sleeve Tees Ofertas en Walmart Dark Blue L**

1 item from Walmart

## Delivered Sun, May 24

| Order number | Tracking number |
|---|---|
| 2000148-07176419 | JCZ0512075391DH |

View order

**QATAINLAV Womens Summer Tops Casual Eyelet Embroidery Tshirts Loose Fit Button V Neck Henley Shirts Trendy Gradient Print Short Sleeve Tees Black L**

Delivered Sun, May 24