**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Elizabeth Karlson
Plaintiff,
v.
YangHeng, et al.
Defendant.

Case No.: 1:26−cv−11605
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Plaintiff's memorandum [16], the Court's personal jurisdiction concerns are resolved. By 11/6/26, Plaintiff is ordered to file a status report proposing next steps in this case, if other appropriate relief has not been sought by that date. Failure to comply with this order will result in the case being dismissed for want of prosecution and non−compliance with court orders. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.