AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>26cv11605 | DATE FILED<br>9/22/2026 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Elizabeth Karlson | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Hollimon | 11/18/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-423-353**
**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Shimmering Chaos

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 23, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

**Applicant's Tracking Number:** EK2024110809

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-423-373**
**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Blush, Payne's Gray and Gold Metallic Abstract

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 26, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

**Applicant's Tracking Number:** EK2024110804

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-423-375**
**Effective Date of Registration:**
November 08, 2024
**Registration Decision Date:**
November 26, 2024

## Title

**Title of Work:** Blush and Payne's Gray Flowing Abstract

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 16, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth Karlson, dba Elizabeth Karlson Art
  **Pseudonym:** Elizabeth Schulz; Lizzi Karlson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Karlson, dba Elizabeth Karlson Art
232 N State St., Poplar Grove, IL, 61065, United States

## Rights and Permissions

**Name:** Elizabeth Karlson
**Email:** elizabethkarlsonart@gmail.com
**Address:** 232 N State St.
Poplar Grove, IL 45344 United States

## Certification

**Name:** David Denholm
**Date:** November 08, 2024

**Applicant's Tracking Number**: EK2024110802

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding author information: dba added from Note to Copyright Office.

